THE ATTORNEY GENERAL
OF TEXAS



CRAWFORD C. MARTIN
ATTORNEY GENERAL

July 20, 1971

Hon. J. W. Edgar                    Opinion No. M-908
Commissioner of Education
Texas Education Agency        Re:  Construction of House Bill
201 East Eleventh Street           803, House Bill 1062 and
Austin, Texas  78701               Senate Bill 1008, Acts 62nd
                                   Leg., R.S. 1971, relating
                                   to salaries of assistant
Dear Dr. Edgar:                    county superintendents.

          Your request for an opinion asks the following question:

          "Does House Bill 1062, Acts 62nd Legislature,
     R.S. 1971, amending Section 17.52(a) of the Texas
     Education Code, apply uniformly to all counties
     in the matter of such not-to-exceed (1) annual
     salary of first assistant county superintendents
     and (2) aggregate annual salaries of all as-
     sistant to such county superintendents?"

          House Bill 803, Acts 62nd Leg., R.S. 1971, fixes the
salaries of assistant county school superintendents in counties
having a population according to the last preceding federal
census of more than 260,000 but less than 325,000 inhabitants.
House Bill 802 passed the Legislature on May 6, 1971.

          Senate Bill 1008, Acts 62nd Leg., R.S. 1971, also fixes
the compensation of assistant county school superintendents.
Senate Bill 1008 passed the Legislature May 20, 1971.

          House Bill 1062, Acts 62nd Leg., R.S. 1971, fixes the
salaries of all assistant county school superintendents in the
State.  House Bill 1062 passed the Legislature May 26, 1971.

          Therefore House Bill 1062 is the latest expression of
the Legislature relating to the compensation of assistant county
superintendents and will control over the provisions of House
Bill 803 and Senate Bill 1008.  Attorney General's Opinion
M-497 (1969); Attorney General's Opinion V-990 (1950) aff'd by
Ex parte De Jesus de la O, 227 S.W.2d 212 (Tex.Crim. 1950);
Townsend v. Terrell, 118 Tex. 463, 16 S.W.2d 1063 (1929); Wright v.

Broeter, 145 Tex. 142, 196 S.W.2d 82 (1946); Stevens v. State, 159 S.W. 503 (Tex.Crim. 1913); Parshall v. State, 138 S.W. 759 (Tex.Crim. 1911).

You are accordingly advised that the provisions of House Bill 1062 amending Section 17.52(a) of the Texas Education Code apply uniformly to all counties and prescribe the maximum compensation that may be paid assistant county superintendents.

## S U M M A R Y

House Bill 1062 amending Section 17.52(a) of the Texas Education Code applies uniformly to all counties and prescribes the maximum compensation that may be paid assistant county school superintendents, and controls over the provisions of House Bill 803 and Senate Bill 1008, Acts 62nd Leg., R.S. 1971.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman
James McCoy
Linward Shivers
Brandon Bickett
A. J. Gallerano

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant